**Order entered November 5, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00430-CR

### DAVID CARL SWINGLE, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 382nd Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause No. 2-06-16**

## ORDER

The Court **DENIES** appellant's October 22, 2013 motion to dismiss counsel and proceed

pro se. *See Martinez v. Court of Appeals of Cal., Fourth Appellate Dist.*, 528 U.S. 152 (2000).


/s/     LANA MYERS
        JUSTICE